SCWC-13-0005233

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DAT MINH TRAN, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005233; CR. NO. 95-0-002471)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The "Order Rejecting Application for Writ of Certiorari," filed on December 20, 2016, which was filed due to a clerical error, is hereby vacated. See Hawai'i Revised Statutes § 602-10 (1993 & Supp. 2004).

DATED: Honolulu, Hawai'i, December 23, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

